(6-12-74) Day 1 — Main Topic / Concern!   InReference Complaint

Daaron Morel 6yrs Suspended sentence. In early Release Home Monitor detached Anklet. ② On the Run, get Arrested for 30 to 40 Gel Capsules ③ Make Bail before the warrant Showed (guilty plea) 7yrs. ⑤ Start up all the Home invasions & Robberies attacking me. ⑥ Offering 2 to 5 grand for the abuse & Kidnapping of me & poisoning (Hit Plots) ⑦ Get Arrested for it & Explain He was targeting me, because He was Incarcerated & I wasn't in there or there for him. ⑧ Release him On a Sexual Bribe — Insteads of Notifying THE (Victim) Me! They Caught My attacker ① They Came to my Stay! (Mask Man) (Burglarized) Commited (Attempt Murder) Putting Me Out Cold, & Straped Me down with devices ⑩ Assult Burgary Give My Attacker My Mind Reception ⑪ Let Him Segregate me with Conditions! & Restrictions! to Keep away From & do as they Say! ⑫ Called The Federal Government Investigation. They Can't give me one Reason, Why I was procude & place in Custody to Suffer in the 1st Place! They Went wright after My Attacker, Kept him out terrorized my life! Still to this day For A Sexual Bribe! There's NO Reason, I was Even procude Never the less Attacked! Why won't anybody Resolved This? (I is still in Custody!) Captured by: Western District Police Department Baltimore City & (Attacked My Person!) What Daaron Morel does as A Prostitute to Keep From going to Jail to Criminal · Illegal Unconstitutional! Why am I Being Fought as A Victim, Being held In Custody - Not A Cent of my property — Being Molested in A Facility & have NO Option of getting out of, Livery taken 24/7 365 in isolation & Segregated - Violated, Abused - deprived stranded. As A US Citizen Plaintiff) Against My attacker which is A "Wanted - Fugitive" with who Sleeps Booked travel or placed With! It's Only the Field Position it self. Law & Government)! Why am I Being "Fought Over" Being Justified? Who Lost is it? Criminals! Ignore & Fight Me for what? They're Sentence? Why did they ever Put There Hands On Me in the 1st Place

Circled margin notes: Theft, Robbery's, RAPE'S, Advocacy, HEAD ARM ROBBERY'S, NO FREEDOM OF SPEECH, BRUTALITY, Ongoing Repeated Steps

Left margin: Choice-giveme-A-Custody-Kiss-My Attacker-Klept-For-A-Sexual-Bribe (struck through)

The Supposed to have detached me from sources using The Judicial Branch & Law Enforcement, "Ignore" the part of the complaint. That I'm in custody of an Prostitute Fugitive, That I suffer to 24 hrs. a day From Brutality - From Lethel Weapons & What ever Prostitute they control I'm force to tolerate, In A No other Option Facility or Society. I Need the devices Remove just to Breath Straight, Stop Being Chased - Abused & followed They could have already went Before Me & Reserved or Been Present. Instead Ignore & fighting me Over A Fugitive & me still Being in Custody! I've Should have Already Been detached, with my Property I've Been Robbed for. I don't Know why they Refuse to let go of me. As for Bank of America criminally hold or Confiscating My account. It can't be such thing as you don't have, or Something took Place, for me to Be denied of it. It can't Be Because of The Client (Owner) Fault to have to suffer - or Be deprived. I Should Had already had This Custody of it, Regardless of any Circumstances! I Couldn't Be held Accoutable. Why am I still Refused of it. Since day 1! What they done / doing isn't Legal! I've Already Complained days. I'm still Deprived of it!

Why No Detectives & FEDS Before? & Never did Send to CARD - DIRECT EXPRESS

DAARON Murel (Comments to Me) in My Ear! With Brain Reception! Keeping Me Attacked, abused, Robbed, Dependent, deprived & denied - My Own Property! His Statements

* Your Ass going to be Hurting
* Kidnap you, food Poison, Poison you
* Catch A Heart Attack
* You Can't have your (Trust Fund)
* Bill Bratton, Mayor DeBlasio & Cuomo told him he can have My Property! SSI-SSD Accounts & deposits to do what ever he want to do!
* My Mother deserved to have been Killed (The White Boy did it)
* He still have a Manhood. He's Not A Faggot, He Suppose to Be Gay (Please NOTE)
* I wish the Fuck I would Let you get them Censors OFF
* I'm going to deform your feet & Not Let you see Me
* I don't have A life. Nobody can have a life.
* I'm Not Just Satisfied, Keep from going to prison! You have to keep terrorizing People to have Sex with Me
* They A Prostitute. They Withdrawed (to Controlled Person)
* I'm gonna be there So you Can't have a conversation.
* Yall did Not Have to Conspire with Me. That's why I'm gonna be there (Meaning them he's with)!
* "No Money" he Shouts in Banks & Social Security offices!
* Why the Government/State Can't Explain why themselves Pursue Me? (They didn't have Part!)

* Please God don't let Nobody take them Censors off him!
* So What There's NO Reason to Be doing this!
* My Shoes destroyed & More ... (ACID) talk to Me! (Mines) & MORE ...

Q. How does Daaron get his way with People?
ANS. I Prostitute My Self!

* NO ROLE TO PLAY

This is a letter to inform There's still <u>NO Procedure</u> Perform, not even A Respond! The <u>Cop's</u> don't <u>team up to</u> Be A "Multitude" of people at A <u>Facility</u> (E.N.T) to Prevent Them Saying it's just one or 2 by themselves saying They ~~Wanted~~. Threaten to have a Physician. An the <u>Hospital</u> Won't (Evacuate) it self, Not to hear what anybody's Saying. That Say don't Remove These devices or Mask up (Surgical gear) Either They Need to Rid themselves. Nobody Want to do Nothing. But, <u>Cater to Fugitives</u> & Continue keep me in <u>Custody</u> Without my personal things! Who am I supposed to Contact? Something Must BE done! I'm still at the same address 326 W. 40 St 10018 in Manhattan RM. 803 4. The <u>valve</u> They have for This Black Man's Life (ME) is <u>too tiny</u>! So Small They Consider An-<u>Escapee</u>-Sentenced Already as A terrorist OVER Everything & every Citizen Constitutional Rights & the Government! P.S. (Emergency) I'm will to <u>cover</u> (FEE) with whatever "Nothing was The Matter with"! When these devices are Removed & I can talk - Conversate without Interference. Can you/ or Them Respond in person or deliver Notice.

Troy Wilson

## THEY ARE Outside of What the Government Consist of!

It's Only the, This Matter Be Resolved! It's Just Procedure! Why do I have to keep Complaining to about People Applied for Employment in a Career in Law & Goverment Which They Refuse the duties & the Law it Self, That automatically set grounds for Exemption, fired, Arrest Sentencing & Jailtime. This Commitee Literally Caused, That Exemption. In A Conspiracy with Wanted Fugitives - that was Criminally Allowed to Escape They Sentencing & justice, For Criminal Acts, Using Prostitutes In Exchange for Justice, The Federal Government of The United States of America "Breached" Causing A Terriost Attack On the Nation. The Supposed to Provide Services for the People Using the People Tax Paying Dollars, to keep America going. In A Conspiracy with Escapee They Chosed the Complete Opposite & Inforced it 365 day per year 24/7. - Failure to Resolve/Justify This "Ongoing" Attack. We The People Lost A Judicial System, Causing it to Be Illegal, Because No Law Can Exist Without Justice, Because it Can't Stand! It Could Never Be Inforced without Justice in the 1st Place! Still There's Brutability, Homicides, Rapes, Molestation, Robberies & Bribes... & Other Racist Hate Crimes Presently taken Place. For Who Can Claim the Earth as Ownership? We all as United States Citizen Applied for Employment in different Feilds & Occupations, But No One Can Claim the Earth As There Own! Why did They Organizing themselves together, as Just Citizens Claiming This Country or Whatever Citizen Here AS Ownership to do what They Please with? How Can This Superior over the Other Exist?, Considering Person to Person. The Federal Government, that's Made up From Just Citizens as Everyone Else Lives Here - Commit These Crimes against the Public & Society - Can't Be Brought to Justice, Because they all One Way together. Meaning They're Only Concern is The Other Instead Of People & Society. Which No One Has to Be Apart of! How Could it Be Forced? Having Nothing to do or Wanting Nothing to do with THERE (NO Justice)! Especially A (1 sided) 1 way Group of People Name (Committee). Trial DATE?

They are Refusing The Constitutional Rights" of myself & The People! Instead of Inforcing the people Concerns & Rights - Which was the Purpose for the position-Opening IN The 1st Place - to Be Applied for or filled or Having a Campaign Ran Promising. The wants of the people if Hired or Election won - Not to tell the people - It's There want or we Suffer! I myself nor anyone else have to put up with that Type of Behavior or Criminal activities. Do what A wanted Fugitive Say!, That Prostitute & Been Sentence or any crimes They inforced, That Considered A Consequence, if Not! Aduocay for Support of A Hate Crime, Molestation, Cruel & Unusual Treatment or Punishment Because of Sexual Bribes, Thefts, Brutallity Exstortion, Burglary, invasion, Stalking of any Kind, & Everything Else. Since day 1 It Could'nt Be Considered Procedure, But Made The Effort to Enforce This Contenuing Instead of The Same Effort to Stop it! 365 days a year 24 hrs a day Just isn't A Mistake! As Clear & Big as day, Someone go out & Commit Crime Airing it & People That have Absolutly Nothing to do with Him / or Them Put in Custody to Suffer, While They Escape Justice & Have Their lives spared. Why would anyone else supposed to Suffer & Be Inforced. This is Insane! How do you Compromise it? You Can't! Just like This Group is Unfit So can Another Be unfit as well! (5yrs) strait & nothing done about it. Who would want any parts of This Or allow it to Be Such Thing? The People Always (1st) Before Any Organization, Put together!, to destroy The Public. Using, Injustice terroism, Escapees & wanted fugitives as Prostitutes That Must have Their own way or else. Calling it Procedure These Peoples Aren't Qualified Enough to set or Make Indefinite decisions for The Peoples Instead of whats Wanted By the People far filled! They Make People Inforce The Own Personel needs or Things People Aren't Intitled to Be Part of & Nothings done about it! (Justice)!

RM803A
326 W 40 St 10018
Tony Wilson

(Where's the Cops with This)

<u>Note:</u> This is Nothing the Government Consist of Make Them <u>Street Level Criminal</u> Why There's No Arrest?

(5 Burnside Ave.) BX

On 11-1-18 Chase Bank deactivated My account for impossible <u>Excuse</u> which was A "Lie" to Make the Conversation seem appropiate So to take My Statement was No deposits Made knowing it Come From The Social Security Administration in The 1st place, It was Never an deposit made since Aug 20 and a 60 day negative That's impossible, Because every deposit Slip I had with a Withdraw Showed the negative Remoeved which was a Gimmick to Steal the Whole Thing, Saying The full amount wasn't There From a deposit From my Trust Fund. $ <s>IN 2015</s> which was Years ago and had Collected Intrest. So Wouldn't Let Me withdraw the amount My Card Swipe & Covered (Approved) Because of They're By Mouth Permission They Can do what they Please So Made the <u>teller</u> after Counting up $4,000 The Card Covered-My address Wrong So I Can't have my own Money So Made the Police 48 pct Put Me Out. (tremont Ave) Went to Chase on (76(161) st) My State I.d Ain't Valid & it BX & Manhattan must say New York Which is a Benifit Card & A BRC Id. Plus anyother I had! (None of My Property I have!)
* Certificates / I.Ds Cards
* Passports & Vital Documents
   DC
* Refund From Eleanor Holmes 2016
(*) Nor The Trust Fund itself (Bank America)
Disposition Before Prolong! With Celebrity

1st of month supplements
3rd is less of the amount
deposits Nov. So May SSI/SSD

Emergency Request SHF Complaint
(To Let go of my person) FLASH PART                Tony Wilson

This is the Same Case I'm Complaining about. Nobody will Respond to. I was placed in Custody of <u>Insane</u> People - after a <u>Sexual Advance</u> Since day 1. From my Attacker & His Arresting Officers or who Came For Him After Publicizing what He Was Criminally doing to Me - as an Attack to set up A Robbery! Home invasions - Assaults with deadly weapons & Homicides Not Considering Kidnapping & Molestation. (More)
("WAKE UP" AM 24hrs PM "TRY TO Sleep")
I have a <u>daily Routine</u> of Being abused Assaulted with deadly Weapons - Harrassed Violated which is <u>Cruel & unusual</u> Punishment - Them Coming Back & Forth into my stay at an Hotel/Homeless Facility, Putting me out Cold tazering me Stealing or destroying my Property with undershorts or Sox wearing I went to Sleep with Ripped into Shreads when I get up. (Molestation) Pricked with Lazers 24 hours a day targeting my (<u>Main Vessels</u>) Arteries Intestent Just For Features Standing or Sitting A Certains Why or A Way Someone who (Physically Challeng - Cripple) as My Attacker (Daaron Murel 6-12-74) who Kept From prison as A Prostitute Can't! But Can have his way as <u>Procedure</u>? For him & For Me to Suffer! They want Me to feel like him & Suffer his Symtoms (Condition) "Or He isn't Comfortable Enough to Prostitute - which is A <u>Gimmack</u>" to have his way with who's Having Sex with him! This is Nothing the <u>Government</u>, City State or <u>Law Enforcement</u> Consist of; As A Feild Position; Why Can't I get detach From Them as Procedure Instead of The Complete Opposite. Can You Evaluate & give the Suggestion to the <u>Board, State, Welfare, EMS, Congress, Senate</u> or (White House) Any That Can "<u>Comprehend</u>" This im Insane & Respond! I'm at 326 W. 40 St. 8th Flr. RM 803A. 10018 Manhattan NY.

# CITY JUDGE OF YONKERS
## APPEARANCE TICKET

Serial No. 19-153037

**City of Yonkers,**
**County of Westchester,** ss.: **The People of the State of New York**

NAME OF ACCUSED: WILSON, TONY (1-30-75)
ADDRESS OF ACCUSED: 321 E TREMONT AVE BRONX NY

NOTICE: If you fail to appear in answer to this Appearance Ticket at the time and place below stated, a complaint will be filed and a WARRANT issued for your arrest. ANY FAILURE TO COMPLY WITH THE TERMS OF THIS APPEARANCE TICKET WILL RESULT IN FORFEITURE OF ANY BAIL POSTED IN CONNECTION HEREWITH.

You Are Hereby Directed to appear at the City Court Room, 104 South Broadway in the City of Yonkers, on _____ the 24 day of DEC 2019 at Nine Thirty SHARP in the forenoon of that day, to answer a charge against you, made by,

COMPLAINANT'S NAME _____

Charge: DIS Con    Section: PL 240.20    Amt. Bail $ _____

OFFICER'S NAME: NYS CO JAMES McELWOT    RANK: CO    SHIELD: 3840

I CERTIFY that I personally delivered a copy of the within instrument to the above named accused.

WITNESS my hand this 18 day of Dec 2019

OFFICER'S NAME: Lt J GELESA    RANK: Lt    SHIELD: _____

### RIGHTS OF ACCUSED

1. When you appear in court, you have the right to have an attorney present at every stage of this proceeding. You may have reasonable adjournment for the purpose of retaining a lawyer to represent you, and if you are financially unable to obtain a lawyer, the court will assign an attorney to represent you if it is satisfied, after a financial investigation, that you are unable to retain counsel.
2. If later you are in custody, you have the right to communicate free of charge, by telephone or by letter, to obtain a lawyer and to notify a relative or friend that you have been charged with an offense.
3. Traffic cases - in addition to the other penalties provided by law, your license to drive a car and your registration may be suspended or revoked upon conviction. And a plea of guilty is the same as a conviction after trial.
4. You have the right to have a supporting deposition, or bill of particulars, filed in some traffic cases.

UF-31    White - Defendant • Canary - Court • Pink - YPD

---

*Handwritten annotations:*

* The History Keeps Repeating itself Here!

(I was given to my Attacker for "a Sexual Bribe")

"Can You Release My Person. I'm still in Custody of My Attacker, Y'all gave Me to."

To Resolve Fully (Confirm) I Can't Be * Present Without Advocacy! Why This Elapsed time, Not There used for "Crime Prevention" Instead of a Celebrity Prolong & Evacuate The devices! Why wait For A Crime

(Booked) For dropoff/Complaint/ Chased down, I Explained I was Custody of fugitives — I was ignored Explained again, ignored & Arrested, Cuffed, Cell detained, Photos

I was Over looked Of The State of New York Criminal Situation of Conspiracy & terrorism — Not Having Justice or trial to even have a Judicial System, but Set up like a Fugitive, Instead of Considering I'm in Custody of them!

(In Reference Complaint)

These Fugitives Are being picked up on MY behalf by the Judicial System (Cops) & Prostituted! I don't Need An Escapee Picked up (DAARON MUREL) 6-12-74 For what they Sat Out to do to ME. Because of his Publicized Statement "He was left Incarcerated", I Should of Been there or in there! Chasing Me Around together & hold Me in Custody Robbing Me for Bank Statements, SSI & SSD supplements, Food stamps & other Robberies, 126 St & 3rd Ave destruction of Property, Invading my life, along with the Homeless Facility I'm in being Molested - Put out Cold & Raped! Starved, Abused, deprived Because of MY Independency & A Make Beleive diabetics Menu to Starve Me in A Homeless Facility. I'm Force to stay in with A Threat on without My Property. The Judicial System Robbed Me For! They could have left them on the Streets, Instead of Putting one in Custody - Chasing Me Around with him! They don't have to be in the Predicament in the 1st Place. All the State did was Make the Attack Worse, than what THEY Sat out to do with out Being in The State's Custody! Why Am I detained? This Entire thing was For A Trial in the 1st place! Why is Not Being Heard? I'm Steady Suffering From Lethal Weapons (24) hrs a day, in A Homeless Facility Without A Coin of What I Own! While They on the Microphone Abusing me! What Make this Procedure?

* My Head is An Arm Robbery since day 1, It don't Matter what form it's in! (Back & Forth)
* Place in Harms Way (24) Hours A day, Why would I be denied or deprived of detaching these devices off my Person That Causes these Injuries & abuse....? Is This Another Homicide? I don't Know Why I'm Being Held to Suffer, with A Procedure to Play dumb about it or Make Beleive! Is this A Field Position? (Shouting in my Head 24/7)
* Why don't They Have The Victim's/Plaintiff Concern or Interest About This Crime or Promblem? Instead of What Can They Come up with to (Self Benifit)! & Me The Victim get Put in A worser Situation to Suffer than Before! - & A Celebrity Prolonging This They telling Me I can't have Justice, Because they're getting their A Conspiracy! Dick Sucked! (Intercourse) Sexual Favors... Since day 1 They Have Been deducting days From me 4 An Escapee to Live & Claim Procedure!

Tony Wilson

<u>Complaint</u>
<u>Request</u>

The Judicial System - (Police Dept.) State of New York don't have the same concern as far as crimes being resolved with me Compared to My Attacker going Global about his Topic "He Was Left Incarcerated" as A stick up man with Videos & Home Invasions, Robberies, Guilty Pleas, Poisoning a Store, as an Attack on ME/ Or A "Celebrity" (Jay-Z) Paying $1,500. Bi Weekly To Continue My Suffering (Prolonging) This hate Crime, When it Was "Consent" - There be No Problem - detaching ME!, But Kept me in The Custody - Regardless of hate & Being torchard! Why My dealings with The Judicial System / (The State) is for Being Attack. 15 yrs. Everyone else had the "Opportunity" to do what Cause Imprisment - & Stay out! I'm Just in A Situation For Being attack, doing Nothing to deserve - the Affiliation & Conditions or Restrictions Worse than A Murderer! There's NO Reason for ME to Continue Being in Custody! *

Can Any Arrangments Be Made to detach My Persons Without Being so difficult? Can you Respond? <u>NOTE:</u> There's More than <u>Local cops</u> that work for The Judicial Branch (like The ones travel with DAARON State to State)! Why Can't or didn't The Others Show up & Resolve This Matter. They <u>Consumed</u> The <u>Whole Entire Judicial Branch</u> Over An Fugitive Transvestlike For Sexual Favors, But I Still Can't Just Stay in his/there Custody. Why is Everybody Employed The Complete Opposite of THE Field Position? & Why dispute This? (It's NO different than A Boot) Placed "Illegally" on A vehicle!

(Direct Express Payment Process Source
P.O. B.X 245998 San Antonio TX. 78224-5998)

Social Security Administration

I'm still not getting the Correct Amount of Supplements! Since "2013" I've been getting Robbed. After paying taxes being Eligible & Certified, I still have this promblem. The Correct amount is $700 on the 1st of the Month & $400 on the 3rd of the month; & The 6 month. Which is May & November is $2000. All I Receive is 306! I been to the Administration Back & Forth and was told I'll Receive a Debit with the Full amount the 19th of March 2019 in 2 days U.P.S & it's a $13.00 Charge. After Complaining for years. Then After I Recieve the debit (direct Express) card, it's not nearly the Correct Amount Considering $700 & $400. every sixth Month, which is May & Nov. Supplement & the Balance from 2013. It's only $613 on it Then Ripped me off A month after & told me I had already Received A month in advance meaning an additional 306 Instead of the full amount & The Balance From 2013. I'm intitled To the Full amount. I don't know why this is still a promblem, but They Should Be Fired & Arrested. But I need what's WRightfully Mines!

(Robbery 1-3 May) & Cover up with: 1 year & 4 months
SSI → (2013) $20 This Months after all the Inconvenience & Difficulties Being Deprive All The year Covic/stimulus③ Tony Wilson

To The Amount Sender! Thank you!

Why I don't Have the Full Amount & Refund! It's the Same Method used When the #306 WAS type in, Instead of the full Amount. Just type in the Correct Amount. (Master Reset) *Can you order Fix? Notify

What is Daaron "Varel" doing My Attacker - That was Picked up & Caused a terrorist Attack as a Prostitute! That's still an "Ongoing" Promblem, me Being in Custody & Using the County to Be one way about it! Why am I Apart of him "Not Going" to Prison situation. I got to Be in Custody 24 hrs a day 7 days a week Morning til night & all through the Midnight hours. as his Companionship or Waiting for him or the Others to Catch an attitude & Suffer hours of an Execution From Lethol Weapons Back & Forth! My hand are tied with these devices in My ears, I just can't take Cover or get out the way of them. They Chase me, I'm a signal on they're computer (Tracking Device) transmitter! What Globalize Deal Daaron made (day 1) for me to Suffer while he Prostitute all these years Every Minute of & Second of the day I'm Suffering & he's Out hands Free Calling Shots. (Controlling) What type Procedure is this I Can't have a Response. How much I'm supposed to Bare him talking in My head & Answering Out people mouths or whatever Citizens there. I don't have an Relationship with these Fugitives to Sit in My Skin or head Like a Cell phone I didn't give a Number to. They must detach me Like they Come and tied me up to them. The whole time the President was in Seat & Position He was Considered Responsible for Everything in The Country! No Freedom of Speech, No Justice Racial Hate Crimes Ongoing-Law Enforcement (NYPD) Not following Procedure, Because of Permission to do what they want or whatever other Reason. Once Impeached, this Should have stopped! Why Aren't there Any Results? Why did'nt the Others Already have taken the Stand in front of The Grand Jury? Instead of this Childish game of make Beleive, & Pretend with me Attacked in Custody & NO Respond. Ignore the need to have this resolved! What Reason am I supposed to Be Suffering? Desipline, Corrections of some sort? Being ABused! Because of An "sexual" bribe!

Can you Support & Resolve

Brief
Complaint