UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY WILSON,                        )
                                    )
          Plaintiff,                )
                                    )
     v.                             )     C.A. No. 21-10945-PBS
                                    )
STATE OF NEW YORK,                  )
                                    )
          Defendant.                )

**ORDER**

**July 12, 2021**

Saris, D.J.

     On June 3, 2021, <u>pro se</u> litigant Tony Wilson filed a
thirteen-page handwritten document which appears to have the
titles "Main Topic/Concern" and "In Reference Complaint."  The
Clerk assigned the matter a docket number and, for processing
purposes, listed the State of New York as the defendant.

     It is unclear what Wilson is trying to accomplish with his
document.  Although neatly written, the contents of the document
are very difficult to understand.  Wilson expresses his opinion
of the criminal justice system of New York, his own interactions
with said system, and challenges his is facing with homelessness
and a financial institution.

     Here, Wilson's "complaint" is subject to dismissal.  His
allegations do not have any apparent connection to the

Commonwealth of Massachusetts.  Thus, venue is not found in the District of Massachusetts.  <u>See</u> 28 U.S.C. § 1391(b).

Further, the document fails to set forth a "short and plain statement of the claim showing that the [plaintiff] is entitled to relief."  Fed. R. Civ. P. 8(a)(2).  Wilson has neither identified a defendant nor set forth clear factual allegations showing that he is entitled to relief from any such defendant.

Accordingly, this action is DISMISSED without prejudice for lack of proper venue and Wilson's failure to set forth a short and plain statement of his claim showing that he is entitled to relief.

SO ORDERED.

/s/ Patti B. Saris
PATTI B. SARIS
UNITED STATES DISTRICT JUDGE